IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAR 2 4 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § | CRIMINAL NO: 1:20-CR-229-LY |
| (1) MICHAEL GEORGE MCQUARN | § § | |

## ORDER

Before the court in the above styled and numbered cause of action is the Report and Recommendation of the United States Magistrate Judge signed February 24, 2022 (Clerk's Doc. #119). Defendant waived appearance before this court and appeared before the United States Magistrate Judge for the taking of a felony guilty plea. See Fed. R. Crim. P. 11. On February 24, 2022, Defendant and his counsel appeared before the United States Magistrate Judge, who addressed Defendant personally in open court, informed him of the admonishments under Rule 11 of the Federal Rules of Criminal Procedure, determined that Defendant was competent to plead guilty, and that Defendant fully understood the Rule 11 admonishments. Defendant proceeded to plead guilty to Count One of the Indictment charging him with Conspiracy to Commit both Bank and Wire Fraud in violation of Title 18 United States Code Sections 1343 and 1344. By Report and Recommendation, the magistrate judge recommends that this court accept Defendant's plea of guilty and after reviewing the presentence investigation report, render a final judgment of guilt against Defendant. The parties received the Report and Recommendation on or before February 24, 2022 and objections, if any, were due to be filed on or before March 10, 2022. Noting no opposition to the Report and Recommendation, the court renders the following:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge signed February 24, 2022 (Clerk's Doc. #119) is **APPROVED AND ADOPTED** to the extent that the Court **ACCEPTS** Defendant Michael George McQuarn's plea of guilty.

SIGNED this 24th day of March, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE